IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

STEVEN V. FLEMMING,                    *

       Plaintiff,              *

vs.                                    *
                               CASE NO. 4:08-CV-51 (CDL)
CYNTHIA G. MORRIS, et al.,             *

       Defendants.             *

_____        *

ORDER ON RECOMMENDATION OF DISMISSAL
BY UNITED STATES MAGISTRATE JUDGE

     After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on April 30, 2008 is hereby approved, adopted, and made the Order of the Court.

     The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

     IT IS SO ORDERED, this 12th day of June, 2008.

                              S/Clay D. Land
                                  CLAY D. LAND
                     UNITED STATES DISTRICT JUDGE